AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

RICHARD GOULD

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1814-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 30, 2004** in **Essex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire to distribute oxycodone, a Schedule II controlled substance, and did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, on the dates and in the places listed in the attachment to this complaint, which attachment is incorporated by reference herein

in violation of Title **21** United States Code, Section(s) **846 and 841(a)(1)**

I further state that I am a(n) **DEA Special Agent** and that this complaint is based on the following facts:

Official Title

See Affidavit of DEA Special Agent Anthony Roberto attached hereto and incorporated by reference herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-30-2004                                       at      Boston, Massachusetts
Date                                                     City and State

Charles B. Swartwood, III
United States Magistrate Judge                           _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.