AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

──────────────── District of ────────────────

United States

vs

Richard Gould

**APPEARANCE**

CASE NUMBER: 04-1814-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Richard Gould

I certify that I am admitted to practice in this court.

7/14/2004
Date

Signature

Scott P. Lopez     549556
Print Name          Bar Number

24 School Street, 8th Floor
Address

Boston         MA          02108
City           State        Zip Code

617 742 5700           617 742 5715
Phone Number            Fax Number

lopez@lopezlaw.com